**Hunt, Hassler & Lorenz LLP**
Attorneys at Law
100 Cherry Street
P.O. Box 1527
Terre Haute, Indiana 47808

Federal I.D. No. 35-0820078

Ph: (812) 232-9691          Fax:(812) 234-2881

Joseph McMahan, Jr.                                                                                May 23, 2007
14322 S CR 100 W
Clinton, IN 47842

|              |       |
|--------------|-------|
| File #:      | 05214 |
| Attention:   | Inv #: 25479 |

RE:   v. North American Lighting, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-07-07 | Reviewed Defendant's Motion for Judgment or New Trial and Supporting Memo | 0.50 | 125.00 | RPKJ |
| May-07-07 | Began research and draft of Response Brief to Defendant's Motion | 2.00 | 500.00 | RPKJ |
| May-08-07 | Strategy Conference with Bob Hunt Re: Defendant's Post Trial Motions | 0.40 | 100.00 | RPKJ |
| May-08-07 | Phone call with Client | 0.20 | 50.00 | RPKJ |
| May-08-07 | Continued work on Response Brief to Defendant's Motion for Judgment | 1.00 | 250.00 | RPKJ |
| May-09-07 | Reviewed Defendant's Objections to Bill of Costs | 0.40 | 100.00 | RPKJ |
| May-11-07 | Reviewed Defendant's Response to Motion for Liquidated Damages, Front Pay | 0.50 | 125.00 | RPKJ |
| May-11-07 | Worked on Brief in Response to Defendant's Motion for Judgment as Matter of Law; Westlaw Research on Jury Instructions, New Trial | 3.50 | 875.00 | RPKJ |
| May-12-07 | Westlaw Research; Continued work on Response Brief re: Defendant's Motion for Judgment as Matter of Law -- New Trial | 5.00 | 1,250.00 | RPKJ |
| May-14-07 | Continued drafting Response to Defendant's Motion for Judgment as Matter of Law | 4.25 | 1,062.50 | RPKJ |
| May-14-07 | Initial Review of Response to Petition for Attorney's Fees and Affidavit | 0.40 | 100.00 | RPKJ |
| May-15-07 | Drafted Reply in Support of Bill of Costs | 0.50 | 125.00 | RPKJ |
| May-15-07 | Westlaw Research; Worked on Reply Brief in Support of Attorney Fee Petition | 3.00 | 750.00 | RPKJ |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-15-07 | Westlaw Research; Worked on Reply Brief in Support of Liquidated Damages, Front Pay, and Pre-Judgment Interest | 1.75 | 437.50 | RPKJ |
| May-15-07 | (Worked at Home) Westlaw Research on FRCP Mileage - New Trial; Continued Drafting Response to Defendant's Motion for New Trial | 2.50 | 625.00 | RPKJ |
| May-16-07 | Westlaw Research on Good Faith Defense to Liquidated Damages; Continued Drafting Reply in Support of Liquidated Damages | 1.00 | 250.00 | RPKJ |
| May-16-07 | Westlaw Research and Continued Drafting Reply in Support of Attorney's Fee Petition | 1.75 | 437.50 | RPKJ |
| May-16-07 | Continued Drafting Response to Defendant's FRCP Library Expenses Motion and Motion for New Trial | 2.00 | 500.00 | RPKJ |
| May-17-07 | Completed Research and Drafting of Response Brief to Defendant's Motion for Judgment as Matter of Law or for New Trial | 4.75 | 1,187.50 | RPKJ |
| May-17-07 | Completed Motion for Leave to File and Responses to Objections to Petition for Attorney's Fees and Petition for Liquidated Damages, Front Pay and Pre-Judgment Interest | 0.75 | 187.50 | RPKJ |
| May-22-07 | Review Defendant's Motion for Leave to Reply in Support of FRCP 50 Motion. | 0.50 | 125.00 | RPKJ |
| May-23-07 | Research; drafted Petition for Suplemental Attorneys' fees. | 0.75 | 187.50 | RPKJ |
| May-23-07 | Drafted Affidavit of RPKondras for Supplemental Attorneys' fees. | 0.50 | 125.00 | RPKJ |
| | Totals | 37.90 | $9,475.00 | |

**Total Fees, Disbursements**  **$9,475.00**

Previous Balance  $93,056.33
Previous Payments  $0.00

Interest Due  $0.00
**Balance Due Now**  **$102,531.33**

**A charge of 1 1/2% per month interest will be added to all accounts not paid in full within thirty days.**